IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAVORIS McGHEE**                                                          **PLAINTIFF**

v.                              CASE NO. 4:24-CV-00785-BSM

**ARIAN PROPERTIES, LLC**                                                **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE